Appeal of LP GROUP 2, INC. from
a Decision by the Board of
Labor Standards.

Petition of Garnett C. Littlepage.

No. 12 EM 2012.

Supreme Court of Pennsylvania.

May 17, 2012.

### ORDER

PER CURIAM.

**AND NOW,** this 17th day of May, 2012, the Petition for Review is **DENIED.**

■

COMMONWEALTH of Pennsylvania,
Appellee

v.

Anthony FLETCHER, Appellant.

Supreme Court of Pennsylvania.

June 18, 2012.

### ORDER

PER CURIAM.

**AND NOW,** this 18th day of June 2012, the order of the Court of Common Pleas is hereby **AFFIRMED.**

■

Anne WILSON in her own Right and
Anne Wilson, Administratrix of the
Estate of her Deceased Husband,
James Wilson, Appellant

v.

Sandi VITO, Secretary Department of
Labor and Industry and Honorable Jo-
seph Hagan and Honeywell, Inc. (For-
merly Allied Signal, Inc.) and Travel-
ers Casualty And Surety Company
And Owens Illinois, Inc., and Eric
Kadish, Appellees.

Supreme Court of Pennsylvania.

June 18, 2012.

### ORDER

PER CURIAM.

**AND NOW,** this 18th day of June, 2012, the order of the Commonwealth Court is

**AFFIRMED.** The motion filed by Appellees, Honeywell, Inc. and Travelers Casualty and Surety Company, for leave of court to file a reply brief pursuant to Pa.R.A.P. 2113 is **DENIED.**